FILED
July 22, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JM
DEPUTY

United States District Court
Southern District of Texas
ENTERED
July 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EJS INVESTMENT HOLDINGS, LLC,**<br>**Plaintiff,** | §<br>§ | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-0334-AM** |
| | § | |
| **DAVID R. JONES, *et al.*,**<br>**Defendants.** | §<br>§ | |

**ORDER**

Before the Court is Plaintiff EJS Investment Holdings, LLC's Motion for Leave to File Sur-Reply Addressing New Authority in Defendants Freeman's and Jackson Walker's Replies in Support of their Motions to Dismiss. (ECF No. 49.) It is within a district court's "sound discretion" to grant leave to file a surreply. *Embry v. Hibbard Inshore, LLC*, 803 F. App'x 746, 749 (5th Cir. 2020) (citing *Austin v. Kroger Tex., LP*, 864 F.3d 326, 336 (5th Cir. 2017)).

IT IS THEREFORE **ORDERED** that the Plaintiff's Motion for Leave to File a Sur-Reply is **GRANTED**. (ECF No. 49.) Exhibit 1 [ECF No. 49-1] to the Plaintiff's Motion for Leave [ECF No. 49] shall be filed as the Plaintiff's surreply.

SIGNED and ENTERED on this 22nd day of July 2026.

ALIA MOSES
Chief United States District Judge